IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| HOWARD FLOREY INSTITUTE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JONATHAN W. DUDAS,, )<br>  Under Secretary of Commerce & )<br>  Director of the United States Patent )<br>  & Trademark Office )<br>)<br>Defendant. )<br>_____) | Civil No.  1:07cv778 |

ORDER

Counsel for plaintiffs has moved the court to continue the Rule 16(b) conference presently scheduled for September 19, 2007 on grounds that the court finds are sufficient to justify a continuance.  Opposing counsel does not object.  It is accordingly

ORDERED that the Rule 16(b) conference is continued until September 26, 2007, at 10:00 a.m.   The discovery plan is due on September 21, 2007.  This relief does not affect the final pretrial conference.

ENTERED this 17th day of September, 2007.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia